**ORIGINAL**

SEND
FILED
CLERK, U.S. DISTRICT COURT
FEB 19 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| United States Of America | CASE NUMBER: CV 04-859 ABC (SSx) |
|---|---|
| PLAINTIFF(S), v. Tenet Healthcare Corp.; et al., DEFENDANT(S). | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases) |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

Dated: 2/17/04

Gary A. Feess
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge ___Feess___ for all further proceedings.

Dated: 2/18/04

Audrey B. Collins
United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth:_____

Dated: _____

United States District Judge

REASON FOR TRANSFER AS INDICATED BY COUNSEL: Case ___CV 03-206 GAF (JTLx)___ and the present case:

- ☒ A.  appear to arise from the same or substantially identical transactions, happenings or events.
- ☒ B.  involve the same or substantially the same parties or property.
- ☐ C.  involve the same patent, trademark or copyright.
- ☐ D.  call for determination of the same or substantially identical questions of law and fact.
- ☐ E.  likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**NOTICE TO COUNSEL FROM CLERK:**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___Segal___ to Magistrate Judge ___Lum___.

On all documents subsequently filed in this case, please substitute the initials ___GAF (JTLx)___ after the case number in place of the initials of the prior judge, so that the case number will read CV ___04-859 GAF (JTLx)___

This is very important because documents are routed to the assigned judges by means of these initials.

SUBSEQUENT DOCUMENTS MUST BE FILED AT THE  ☒ Western  ☐ Southern  ☐ Eastern  Division.

**FAILURE TO FILE AT THE PROPER LOCATION WILL RESULT IN YOUR DOCUMENTS BEING RETURNED TO YOU.**

CV-34 (03/02)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases)

FEB 13 2004                                      ENTERED ON CM 2/19/04